## 16994.   GOINS *v.* THE STATE.

LUKE, J. The evidence amply authorized the jury to find that the houses alleged in the indictment to have been burned were unlawfully burned. The defendant confessed. Aside from the proof of the corpus delicti, the circumstances were sufficient to corroborate the confession.

The charge upon the law as to confessions, under the facts of this case, was not reversible error. *Plummer* v. *State*, 27 *Ga. App.* 186.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 2, 1926.

Conviction of arson; from Upson superior court—Judge Searcy. November 5, 1925.

*J. A. Darsey,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1002, n. 21.